# Order

Michigan Supreme Court
Lansing, Michigan

January 25, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

158786(60)

HOWARD SCHROCK,
          Plaintiff-Appellee/
          Cross-Appellant,

v

CITY OF LINDEN,
          Defendant-Appellant/
          Cross-Appellee,
and

BOARD OF COUNTY ROAD COMMISSIONERS
OF THE COUNTY OF GENESEE,
          Defendant-Appellee/
          Cross-Appellee.
_____/

SC: 158786
COA: 340759
Genesee CC: 17-108708-NI

On order of the Chief Justice, the motion of defendant-appellee/cross-appellee to extend the time for filing its combined answer to the application and cross-application is GRANTED. The answer submitted on January 22, 2019, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2019

Clerk